IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Irvin Dyer,
   114-118 Pipera Tunari
   Villa No. 2
   Bucharest, Romania,
       Petitioner

                           Case No.

v.

The Lincoln Group LLC,
   801 Pennsylvania Ave., N.W.
   Washington, D.C. 20004,
       Respondent

NOTICE OF APPLICATION FOR A JUDGMENT
CONFIRMING AN ARBITRATION AWARD

To:  The Lincoln Group LLC
     801 Pennsylvania Ave., N.W.
     Washington, D.C. 20004

     Please take Notice that on this, the second day of November 2007, Petitioner Irvin Dyer has made application to the United States District Court for the District of Columbia for entry of a judgment confirming an award of the American Arbitration Association against Respondent The Lincoln Group. A copy of this Petition is attached hereto.

                                          Respectfully submitted,

                                          Terrance G. Reed
                                          D.C. Bar # 367172
                                          Lankford, Coffield & Reed PLCC
                                          120 North St. Asaph St.
                                          Alexandria, VA 22314
                                          703-299-5000
                                          Counsel for Petitioner