United States District Court
District of Columbia

IRVIN DYER ) Case No.: 1:07CV01984
)
)
)
Plaintiff )
v. )
THE LINCOLN GROUP LLC )
)
)
Defendant )

## AFFIDAVIT OF SERVICE

That I, Roland Gonzales, hereby solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the following document are true and do affirm I am competent person over 18 years of age and not a party to this action.

That on December 11, 2007 at 10:28 AM at 801 Pennsylvania Avenue NW Suite 325 Washington, DC I served The Lincoln Group LLC with the following list of documents: Initial Electronic Case Filing Order, Consent to Proceed Before a United States Magistrate Judge for All Purposes, Petition to Confirm Arbitration Award, Notice of Application for a Judgment Confirming an Arbitration Award, Attachment A and B by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with Edward Hughes, who's Title is 4. Authorized Agent for Service of Process.

That Edward Hughes stated he/she had the authority to accept as the Legal Representative for the above listed person or entity.

That the description of the person actually served is as follows:

Gender: Male    Race/Skin: White    Hair: Brown    Glasses: Yes    Approx. Age: 50    Height: 5'10"    Weight: 170

_____
Roland Gonzales
Due Process
P.O. Box 2396
Columbia, MD 21045
(800) 228-0484

12/12/07
Executed on:

Subscribed and sworn to before me, a notary public, on this 12th day of December, 2007.

_____
Notary Public
Shandora Dobson

My Commission Expires: 06-06-11



My comm. exp. June 6, 2011

ID: 07-003796