UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
IRVIN DYER,                    )
                               )
    Petitioner,                )
                               )
    v.                         )    Civil Action No. 07-1984 (RWR)
                               )
LINCOLN GROUP LLC,             )
                               )
    Respondent.                )
_____)
```

## ORDER TO SHOW CAUSE

An affidavit of service filed in this case establishes that the respondent was served with the petition and summons on December 11, 2007. Respondent has not filed an answer, which was due December 31, 2007. Accordingly, it is hereby

**ORDERED** that plaintiffs shall show cause in writing by February 21, 2008 why this case should not be dismissed for want of prosecution.

SIGNED this 8th day of February, 2008.

```
                          _____/s/_____
                          RICHARD W. ROBERTS
                          United States District Judge
```