IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Irvin Dyer,<br>  114-118 Pipera Tunari<br>  Villa No. 2<br>  Bucharest, Romania,<br>       Petitioner<br><br>v.<br><br>The Lincoln Group LLC,<br>  801 Pennsylvania Ave., N.W.<br>  Washington, D.C. 20004,<br>       Respondent | )<br>)<br>)<br>)<br>)<br>) Case No.: 1:07-cv-01984 RWR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR CLERK'S DEFAULT JUDGMENT

Pursuant to Federal Rules of Civil Procedure Rule 55(a) and Rule 55(b)(1), Petitioner, Irvin Dyer, hereby asks the Clerk of this Court to enter a default judgment in favor of the Petitioner.

                                                                                 /S/
                                                   Terrance G. Reed
                                                   D.C. Bar # 367172
                                                 Lankford, Coffield & Reed PLCC
                                                 120 North St. Asaph St.
                                                 Alexandria, VA 22314
                                                 PH: 703-299-5000
                                                 Fax: 703-299-8876

                                                 *Counsel for Petitioner*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Irvin Dyer,  )
  114-118 Pipera Tunari )
  Villa No. 2 )
  Bucharest, Romania, )
      Petitioner )
    ) Case No.: 1:07-cv-01984 RWR
    )
v. )
    )
    )
The Lincoln Group LLC, )
  801 Pennsylvania Ave., N.W. )
  Washington, D.C. 20004, )
      Respondent )
    )

## MEMORANDUM IN SUPPORT OF MOTION FOR CLERK'S DEFAULT JUDGMENT

Pursuant to Federal Rules of Civil Procedure Rule 55(a) and Rule 55(b)(1), Petitioner, Irvin Dyer, hereby asks the Clerk of this Court to enter a default judgment in favor of the Petitioner.

Petitioner brought his motion to confirm an arbitration award. Service was made upon the Respondent on December 11, 2007 and an affidavit was filed the following day. Exhibit 1. The Respondent, The Lincoln Group LLC, has failed to file a timely response in this case. As the amount of the award has already been determined by the American Arbitration Association, Commercial Arbitration Tribunal, there is no dispute on its amount. Exhibit 2.

The Court had asked Petitioner to file a show cause motion for failure to timely proceed,

1

but the Court has agreed that this motion may be filed in its place.

Petitioner asks that his arbitration award of $15,000 against the Respondent Lincoln Group be confirmed.

/S/
Terrance G. Reed
D.C. Bar # 367172
Lankford, Coffield & Reed PLCC
120 North St. Asaph St.
Alexandria, VA 22314
PH: 703-299-5000
Fax: 703-299-8876

*Counsel for Petitioner*

United States District Court
District of Columbia

| | |
|---|---|
| IRVIN DYER | ) Case No.: 1:07CV01984 |
| | ) |
| **Plaintiff** | ) |
| v. | ) |
| THE LINCOLN GROUP LLC | ) |
| | ) |
| **Defendant** | ) |

### AFFIDAVIT OF SERVICE

That I, Roland Gonzales, hereby solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the following document are true and do affirm I am competent person over 18 years of age and not a party to this action.

That on December 11, 2007 at 10:28 AM at 801 Pennsylvania Avenue NW Suite 325 Washington, DC I served The Lincoln Group LLC with the following list of documents: Initial Electronic Case Filing Order, Consent to Proceed Before a United States Magistrate Judge for All Purposes, Petition to Confirm Arbitration Award, Notice of Application for a Judgment Confirming an Arbitration Award, Attachment A and B by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with Edward Hughes, who's Title is 4. Authorized Agent for Service of Process.

That Edward Hughes stated he/she had the authority to accept as the Legal Representative for the above listed person or entity.

That the description of the person actually served is as follows:

Gender: Male    Race/Skin: White    Hair: Brown    Glasses: Yes    Approx. Age: 50    Height: 5'10"    Weight: 170

_____                                          12/12/07
Roland Gonzales                                                    Executed on:
Due Process
P.O. Box 2396
Columbia, MD 21045
(800) 228-0484

Subscribed and sworn to before me, a notary public, on this 12th day of December, 2007.

_____    My Commission Expires: 06-06-11
Notary Public
Shandora Dobson



My comm. exp. June 6, 2011

ID: 07-003796

# AMERICAN ARBITRATION ASSOCIATION
## Commercial Arbitration Tribunal

In the Matter of the Arbitration between

Irvin Dyer, Claimant

and

The Lincoln Group, LLC, Respondent

Re: 16 145 00510 06

## AWARD OF ARBITRATOR

I, the undersigned Arbitrator, having been designated in accordance with the arbitration agreement between the above parties, and having been duly sworn, and having heard the allegations and proofs submitted, do hereby AWARD as set forth below.

Irwin Dyer, Claimant, and The Lincoln Group, LLC, Respondent, entered into an Independent Advisor Agreement effective May 26, 2005. On October 17, 2005, Respondent sent by e-mail to Claimant a termination notice stated to be retroactive to October 1, 2005. The notice did not state whether termination was for cause or not for cause. If for cause, under the terms of the Agreement, Claimant was entitled to six months' notice. Otherwise, he was not entitled to any notice period. The claim filed by Claimant is in the amount of $ 80,000. Respondent filed a counterclaim in the amount of $ 20,000.

The record supports findings that: (1) even if the termination was not for cause, under the terms of the Agreement, Claimant would not be entitled to any compensation except for services rendered, (2) the termination notice was effective as of October 17, 2005, (3) Claimant did not render any services after October 17, 2005, (4) Claimant was not compensated for services during a period of one and one half months that occurred prior to October 17, 2005, and (5) the amount of compensation due to Claimant is $ 15,000.

Accordingly, Respondent shall pay to Claimant the amount of Fifteen Thousand Dollars ($15,000.00) within thirty (30) days of the date of this Award. Neither party prevailed on the major portion of its claims. Accordingly, each party shall bear its own attorney's fees.

The administrative filing and case service fees of the American Arbitration Association, totaling $3,800.00, shall be borne as incurred by the parties. The other administrative fees of the American Arbitration Association, totaling $150.00, shall be borne as incurred by the parties. The fees and expenses of the Arbitrator totaling $3,925.00, shall be borne equally by the parties.

This AWARD is in full settlement of all claims and counterclaims submitted to this Arbitration. All claims and counterclaims not expressly granted herein are hereby denied.

5-15-2007
Date

Patricia Horan Latham, Arbitrator

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Irvin Dyer,  )
  114-118 Pipera Tunari  )
  Villa No. 2  )
  Bucharest, Romania,  )
      Petitioner  )
        )  Case No.: 1:07-cv-01984 RWR
        )
v.  )
        )
        )
The Lincoln Group LLC,  )
  801 Pennsylvania Ave., N.W.  )
  Washington, D.C. 20004,  )
      Respondent  )
        )

## ORDER

Upon consideration of Petitioner's motion for entry of a Clerk's Default, the Clerk of this Court hereby ORDERS this _____ day of February, 2007, that the arbitration order at issue is CONFIRMED.

_____
Clerk of the Court

1