CO 538
Rev. 12/07

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Irvin Dyer
_____
          Plaintiff(s)

vs.                                                         Civil Action No. __1:07CV 01984__

The Lincoln Group LLC
_____
          Defendant(s)


## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __12th__ day of __February__, __2008__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __Lincoln Group LLC_____
was [were] (select one):

- [✓] personally served with process on __December 11, 2007_____.

- [ ] served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):_____.

- [ ] served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

- [ ] The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: _____.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)
- [✓] no extension has been given and the time for filing has expired
- [ ] although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

*/s/ Terrance G. Reed*
Attorney for Plaintiff(s) [signature]

Terrance G. Reed
Lankford, Coffiled & Reed PLC
120 St. Asaph St.
Alexandria, VA 22314
703-299-5000

D.C. Bar No. 367172

Bar Id. Number                                                          Name, Address and Telephone Number