Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IRVIN DYER

_____
        Plaintiff(s)

   V.

LINCOLN GROUP LLC

_____
        Defendant(s)

Civil Action No. 07-cv-01984-RWR

RE:   LINCOLN GROUP LLC

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on December 11, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 12th day of February, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Jackie Francis
      Deputy Clerk