IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Irvin Dyer,  )
  114-118 Pipera Tunari  )
  Villa No. 2  )
  Bucharest, Romania,  )
      Petitioner  )
    )   Case No.: 1:07-cv-01984 RWR
    )
v.  )
    )
    )
The Lincoln Group LLC,  )
  801 Pennsylvania Ave., N.W.  )
  Washington, D.C. 20004,  )
      Respondent  )
_____)

**ORDER**

Upon consideration of Petitioner's motion for entry of Default Judgment, the Court hereby this _20th_ day of February, 2008,

ORDERED that a default judgment be, and hereby is, entered on the Petition, and it is,

FURTHER ORDERED that the Arbitration Award of May 15, 2007 in the amount of $15,000 against Respondent The Lincoln Group, LLC is hereby CONFIRMED.

_____
Richard W. Roberts
District Court Judge

1